IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL J. MERTELY,

    Plaintiff,

v.                                        No. 2:23-cv-0965-DHU-DLM

ASSOCIATED UNIVERSITIES, INC.,

    Defendant.

## **NOTICE AND ORDER**

Plaintiff, who is proceeding *pro se*, filed a Complaint using the form "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." (*See* Doc. 1.) Defendant moved to dismiss this case for failure to state a claim upon which relief can be granted. (Doc. 9.)

Plaintiff did not timely file a response to the Motion to Dismiss, stating in part that he "mistakenly believed that the Court would recommend that a response be filed to the Defendant's motion, and not that the Defendant's motion, independent of the Court, initiated a response." (*See* Doc. 17.) Plaintiff also improperly filed a Surreply by not first obtaining leave of the Court as required by the District of New Mexico's Local Rules of Civil Procedure. (*See* Doc. 21.) *See also* D.N.M. LR-Civ. 7.4(b) ("The filing of a surreply requires leave of the Court").

The Court notifies Plaintiff that:

> Generally, *pro se* litigants are held to the same standards of professional responsibility as trained attorneys. It is a *pro se* litigant's responsibility to become familiar with and to comply with the *Federal Rules of Civil Procedure* and the *Local Rules of the United States District Court for the District of New Mexico* (the "Local Rules").

Guide for Pro Se Litigants at 4, United States District Court, District of New Mexico (Oct. 2022).

The Local Rules, the Guide for Pro Se Litigants, and a link to the Federal Rules of Civil Procedure

are available on the Court's website: http://www.nmd.uscourts.gov. Failure to comply with Court Orders and the Federal and Local Rules of Civil Procedure interferes with the judicial process and may result in monetary and non-monetary sanctions including filing restrictions and dismissal of this case. *See* Fed. R. Civ. P. 11(c); *see also Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003) ("Pursuant to Federal Rule of Civil Procedure 41(b), a district court may dismiss an action with prejudice if the plaintiff fails to comply with [the Federal Rules of Civil Procedure] or any order of court").

The Court orders Plaintiff to become familiar with and to comply with the Federal Rules of Civil Procedure and the District of New Mexico's Local Rules of Civil Procedure.

## Compliance with Rule 11

The Court reminds Plaintiff of his obligations pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See Yang v. Archuleta*, 525 F.3d 925, 927 n.1 (10th Cir. 2008) ("*Pro se* status does not excuse the obligation of any litigant to comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."). Rule 11(b) provides:

> **Representations to the Court.** By presenting to the court a pleading, written motion, or other paper--whether by signing, filing, submitting, or later advocating it--an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> **(1)** it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> **(2)** the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> **(3)** the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

**(4)** the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b). Failure to comply with the requirements of Rule 11 may subject Plaintiff to sanctions, including monetary penalties and nonmonetary directives. *See* Fed. R. Civ. P. 11(c).

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE